No. 982. CENTRAL STATE BANK OF CORSICANA, TEXAS, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

*Messrs. J. M. McCormick* and *Paul Carrington* for petitioner. *Mr. Walter F. Seay* for respondent.